# COURT MINUTES/ORDER

## United States Magistrate Judge Alicia O. Valle

Date: 12/16/2016  Time: 11:00am

Defendant: John L. Steele (J)  J#: ____  Case #: 16-6526-Valle
AUSA: Bruce Brown  Attorney: ____
Violation: Removal out of the District of Minnesota [19:1359; 1341; 1343; 1956(h); 371]
Proceeding: Initial Appearance  CJA Appt: ____
Bond/PTD Held: ☐ Yes  ☐ No  Recommended Bond: ____
Bond Set at: $100,000 -10% & $100,000 PSB  Co-signed by: Friend or family member by 12/19/16

- [✓] Surrender and/or do not obtain passports/travel docs
- Language: ____
- [✓] Report to PTS as directed/or ____ x's a week/month by phone: ____ x's a week/month in person
- [✓] Random urine testing by Pretrial Services ____
  Treatment as deemed necessary
- [ ] Refrain from excessive use of alcohol
- [ ] Participate in mental health assessment & treatment
- [✓] Maintain or seek full-time employment/~~education~~
- [✓] No access to personal identifiers
- [✓] No contact with victims/witnesses
- [✓] No firearms
- [ ] Not to encumber property
- [ ] May not visit transportation establishments
- [ ] Home Confinement/Electronic Monitoring and/or Curfew ____ pm to ____ am, paid by ____
- [ ] Allowances: Medical needs, court appearances, attorney visits, religious, employment
- [✓] Travel extended to: SDFL + Minnesota (for court)
- [✓] Other: maintain current address

Disposition:
Govt. moves to unseal the indictment out of Minnesota- Granted
Deft advised of charges
Deft is an attorney and is going to represent himself
Court sets bond at $100,000 PSB and $100,000 – 10% bond and allows the deft to be released before money is posted.
Deft waives removal – waiver signed
Order of removal entered

**NEXT COURT APPEARANCE**  Date: ____  Time: ____  Judge: ____  Place: ____
Report RE Counsel: Obtain permission from pretrial to travel elsewhere
PTD/Bond Hearing: ____
Prelim/Arraign or Removal: ____
Status Conference RE: ____

Check if Applicable: ☐  The motion to continue to permit the defendant to hire counsel is GRANTED. The time from today through the rescheduled date is excluded from the deadline for trial as computed under the Speedy Trial Act, since the ends of justice served by granting this continuance outweigh the interests of the defendant and the public in speedy trial.

D.A.R. 12:23:45  Time in Court: 10 min

Page: ____