UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 16-6526-VALLE

UNITED STATES OF AMERICA
          Plaintiff

vs

JOHN L. STEELE,
          Defendant
_____/

## ORDER

THIS CAUSE is before the Court for the initial appearance of the above-named defendant(s) on a SEALED INDICTMENT out of the District of Minnesota.

UPON ORAL motion of the government in open court that the case be unsealed, it is hereby

ORDERED AND ADJUDGED that the SEALED INDICTMENT out of the District of Minnesota be unsealed.

DONE AND ORDERED at Fort Lauderdale, Florida this 16th day of December 2016.

_____
ALICIA O. VALLE
UNITED STATES MAGISTRATE JUDGE

cc: All Counsel of Record