UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No: 16-6526-VALLE

UNITED STATES OF AMERICA
        Plaintiff,

vs.

JOHN L. STEELE,
        Defendant.
_____/

## WAIVER OF REMOVAL HEARING

I ,John L. Steele, charged in a proceeding pending in the District of Minnesota, with an Indictment charging 18:1349; 18:1341; 18:1343; 18:1956(h); 19:371, and having been arrested in the Southern District of Florida and taken before Alicia O. Valle, a United States Magistrate Judge for that district, who informed me of the charge and of my right to retain counsel or request the assignment of counsel if I am unable to retain counsel, and to have a hearing or execute a waiver thereof, do hereby waive a hearing before the aforementioned magistrate judge and consent to the issuance of a warrant for my removal to the District of Minnesota where the aforesaid charge is pending against me.

12/16/16
Dated

_____
Signature of Defendant

_____
ALICIA O. VALLE
UNITED STATES MAGISTRATE JUDGE